OTHELLO NORVILLE, Appellant, v. JAMAICA SAVINGS BANK et al., Respondents.—

Hopkins, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED A. ARGENTINE, Appellant.—

Rabin, Acting P. J., Hopkins, Martuscello, Latham and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT LYNN BRODERICK and JERRY LEROY MINTON, JR., Appellants.—

No opinion. Rabin, Acting P. J., Hopkins, Latham and Brennan, JJ., concur; Martuscello, J., dissents and votes to reverse the judgments and to dismiss the indictment on the ground that the People's evidence was insufficient to establish beyond a reasonable doubt the guilt of defendants for the crimes of which they stand convicted.